# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

In re: Carl W. Stinson                                  ) Judge Deborah L. Thorne
         Debtor(s)                                  )
                                                ) Case No. 20-00937
                                                )
                                                ) Chapter 13

## NOTICE OF MOTION

To the following named persons or entities: (Separate Service List may be attached)

Carl W. Stinson
1844 S. 16th Avenue
Broadview, IL 60155


Marilyn O. Marshall
224 S. Michigan, Ste. 800
Chicago, IL 60604
(Served by ECF)


## CERTIFICATE OF SERVICE*

I, Robert J. Adams, an attorney, certify that a copy of this Notice and attached documents were served upon the above-entitled parties by depositing same in the United States mail* at 540 W. 35th Street, Suite 100, Chicago, IL 60616, with sufficient postage prepaid by Robert J. Adams & Associates.

Date of Service: __01/15/2020__           Signature: __/s/ Robert J. Adams__
                                                                                         Robert J. Adams

    Please take notice that on **January 29, 2020 at 9:30 a.m.** I shall appear before the Honorable Judge Deborah L. Thorne in Court Room 613 at the U.S. Bankruptcy Court located at 219 S. Dearborn, Chicago, Illinois 60604 and present the attached motion.


*Where indicated, some parties have been served electronically instead of by mail

Robert J. Adams & Assoc., 540 W. 35th Street, Suite 100, Chicago, IL 60616 Phone: 312.346.0100

```
Label Matrix for local noticing        U.S. Bankruptcy Court              IRS
0752-1                                  Eastern Division                  P.O Box 7346
Case 20-00937                           219 S Dearborn                    Philadelphia, PA 19101-7346
Northern District of Illinois           7th Floor
Eastern Division                        Chicago, IL 60604-1702
Wed Jan 15 15:44:24 CST 2020

PERITUS PORTFOLIO SERVICES II, LLC      Robert J. Adams & Associates      Carl W Stinson
PO BOX 141419                           540 E. 35th Street                1844 S. 16th Ave
Irving, TX 75014-1419                   Chicago, IL 60616                 Broadview, IL 60155-3012


Marilyn O Marshall                      Patrick S Layng                   Robert J Adams
224 South Michigan Ste 800              Office of the U.S. Trustee, Region 11   Robert J Adams & Associates
Chicago, IL 60604-2503                  219 S Dearborn St                 540 W. 35th St., Ste. 100
                                        Room 873                          Chicago, IL 60616-3532
                                        Chicago, IL 60604-2027


End of Label Matrix
Mailable recipients    8
Bypassed recipients    0
Total                  8
```

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

In re: Carl W. Stinson                             ) Judge Deborah L. Thorne
        Debtor(s)                              )
                                               ) Case No. 20-00937
                                               )
                                               ) Chapter 13

### DEBTOR'S MOTION TO EXTEND THE AUTOMATIC STAY

NOW COMES Carl W. Stinson, hereinafter referred to as "debtor", by and through the Law Offices of Robert J. Adams & Associates, and states as follows:

1. On January 13, 2020, debtor filed a voluntary petition under Title 11 U.S.C. Chapter 13.

2. This Honorable Court has jurisdiction over this proceeding under the provisions of Title 11 U.S.C. § 105 and Title 28 U.S.C. § 157.

3. The debtor had a prior bankruptcy case dismissed within the preceding year: Case Number 17-37913, dismissed on November 11, 2019.

4. The debtor had a substantial change in their financial and/or personal affairs since the previous case that will effectively rebut the presumption of this case not being filed in good faith pursuant to 11 U.S.C. § 362(c)(3)(C) by clear and convincing evidence. See affidavit of debtor attached as Exhibit One.

5. Specifically, during the previous case debtor's employer was purchased by another company.

6. The payroll deductions that debtor had coming out of his pay check stopped, and for a time debtor did not realize the deductions had stopped. Once he realized the plan deductions were no longer coming out of his pay check, he attempted to have them resumed, but they did not resume, and he got far enough behind that he could not catch up the payments, resulting in the dismissal of the case.

7. Debtor now realizes that he is responsible for making the payments to the Chapter 13 Trustee whether or not they are coming out of his check.

8. Also, debtor has received a $1.00 increase in his hourly pay rate since the new owner took over the company. A copy of debtor's Schedules I and J from the previous case are attached as

Exhibits Two and Three respectively, and a copy of debtor's Schedules I and J from the present case are attached as Exhibits Four and Five respectively.

9. Debtor believes that given his present circumstances, this case will successfully complete.

WHEREFORE Carl W. Stinson, the debtor herein, prays that this Honorable Court enter an Order extending the Automatic Stay against all creditors for the duration of this Chapter 13 bankruptcy and grant the debtor such other relief as just and proper.

Respectfully submitted,

/s/ Robert J. Adams
Attorney for Carl W. Stinson
Robert J. Adams & Associates

Robert J. Adams & Assoc., 540 W. 35th Street, Suite 100, Chicago, IL 60616 Phone: 312.346.0100