In re: Carl W. Stinson ) Judge Thorne
      Debtor(s) ) Chapter 13
) Case No. 20-00937

## AFFIDAVIT

1. The affiant is the Debtor in the above captioned case.

2. The affiant is over eighteen (18) years of age.

3. I was the debtor in a Chapter 13 case dismissed within the previous year, case number 17-37913, dismissed on November 11, 2019.

4. During the previous case I was having the funds for the Chapter 13 Trustee deducted from my pay check.

5. In mid to late July of 2019, my employer was purchased by another entity, and for a time I did not realize that the new owner of the company was no longer deducting money from my pay check for the Chapter 13 Trustee.

6. When I realized this I attempted to correct the situation and have the deductions resumed, but they did not and I fell behind to the point that I could not catch up on the payments, resulting in the dismissal of the case.

7. I will have the payments in this case deducted from my check, and it has been stressed to me by my attorneys that whether or not the payments are deducted from my check that I am still responsible for seeing that they are paid to the Chapter 13 Trustee.

8. Since the new owners took over the company, I have received a $1.00 an hour increase in my hourly wage.

9. Given my current circumstances, I believe that this case will be successful.

The Affiant sayeth no more.

Date:    January 8, 2020

Signed: _____
         Carl W. Stinson

Sworn to me this ___11___ day of ___January___, 20_20_.

Notary Public _____

```
OFFICIAL SEAL
ADRIANE M SMITH
NOTARY PUBLIC, STATE OF ILLINOIS
COOK COUNTY
MY COMMISSION EXPIRES 08/05/2020
```